UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 11 CIV. 5278

_Jacqueline WADE_

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

-against-

_The New York City Department of Education_

_City of New York_

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

___ Civ. _____ (__) (__)

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, _Jacqueline WADE_ , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____

    _____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    _May 29, 2009_

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _Unemployment Insurance $425 a week,_  It ended in May 2011

    a) Are you receiving any public benefits?    ☐ No.   ☑ Yes, $_____.   Food Stamps
    b) Do you receive any income from any other source?   ☑ No.   ☐ Yes, $_____.

RECEIVED
JUL 19 2011
PRO SE OFFICE

Rev. 03/2007

*1*

4.  Do you have any money, including any money in a checking or savings account?  If so, how much?

☑ No.          ☐ Yes, $_____ .

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property?
If the answer is yes, describe the property and state its approximate value.

☑ No.          ☐ Yes, $_____ .

6.  Do you pay for rent or for a mortgage?  If so, how much each month?

☐ No.      ☑ Yes,    _1146.00_ —    But I now owe 2months
Back rent.

7.  List the person(s) that you pay money to support and the amount you pay each month.

_____(I don't understand)_____

_____

8.  State any special financial circumstances which the Court should consider.

___(I have no money) I owe back rent.____

___I am constantly looking for work.____

___I am not working.____

*I understand that the Court shall dismiss this case if I give a false answer to any questions in this
declaration.*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __19__ day of ___July___ , __2011__
          *date*         *month*        *year*

_____
          *Signature*