UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 5278**

Jacqueline WADE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The New York City Department of Education
and City of New York
_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
   *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
   *NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
   *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

☑ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

[RECEIVED JUL 19 2011 PRO SE OFFICE stamp]

Rev. 05/2010                          1

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Jacqueline WADE
Street Address  163 East 104 Street, 4E
County, City  New York
State & Zip Code  New York  10029
Telephone Number  646-662-1808

B.   List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name  The New York City Department of Education of New Yorks
And  City of New York
Street Address  care of office of Corporation Counsel
County, City  100 Church Street 4 Fl
State & Zip Code  New York NY 10007
Telephone Number

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer  I.S. 10 Q The Jean Nuzzi School
Street Address  213-10 92 Avenue
County, City  Queens
State & Zip Code  New York
Telephone Number  718-465-0651

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____   Failure to hire me.

✓   Termination of my employment.

✓   Failure to promote me.

✓   Failure to accommodate my disability.

✓   Unequal terms and conditions of my employment.

Rev. 05/2010                                        2

____✓____    Retaliation.

____✓____    Other acts (specify): __Sexual Harassment__.

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: _____.
                                                                                                                       Date(s)

C. I believe that defendant(s) (check one):

   __yes__  is still committing these acts against me.

   _____  is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check only those that apply and explain):

   [✓] race _____          [✓] color _____

   [✓] gender/sex _____        [ ] religion _____

   [✓] national origin _____

   [✓] age. My date of birth is __Aug 12, 1961__ (Give your date of birth only if you are asserting a claim of age discrimination.)

   [✓] disability or perceived disability, __Cancer__ (specify)

E. The facts of my case are as follow (attach additional sheets as necessary):

I was discriminated against on the basis of race and sex. I was retaliated against for complaining about work place harassment and subsequently terminated in violation of Title VII of the Civil Rights Act of 1964, as amended. I was also discriminated because of Age in violation of the Age Discrimination in Employment Act of 1967. Additionally I was denied health benefits, harassed and terminated by Respondent because of a disability or perceived disability in violation of the Americans with Disabilities Act 1991

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __Not sure__ _____ (Date).
   __need to check record__

Rev. 05/2010                                             3

B.  The Equal Employment Opportunity Commission *(check one)*:

____ has not issued a Notice of Right to Sue letter.
✓ issued a Notice of Right to Sue letter, which I received on _April 25, 2011_ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

X  60 days or more have elapsed.
____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _Back Pay Lost, damages and other_

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 19 day of July, 20 11.

Signature of Plaintiff _Jacqueline Indp_
Address _163 East 104 St, 4B_
_NY NY 10029_

Telephone Number _646-662-1808_
Fax Number *(if you have one)* ____

(09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jacqueline N. Wade<br>163 East 104th Street, 4-E<br>New York, NY 10029 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2010-01738 | Austin F. Turner,<br>Investigator | (212) 336-3750 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin Berry_    4/21/11

Kevin J. Berry,    (Date Mailed)
District Director

Enclosures(s)

cc:  Michael Best, General Counsel
NYC DEPARTMENT OF EDUCATION
52 Chambers Street
New York, NY 10007



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

Austin F. Turner
Investigator
Phone (212) 336-3750
Fax (212) 336-3624

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3620
General FAX: (212) 336-3625

April 21, 2011

Jacqueline Wade
163 East 104th Street, Apt. 4E
New York, NY 10029

Re:   Wade v. New York City Department of Education
      EEOC Charge No.: 520-2010-01738

Dear Mrs. Wade:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charges according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In your charge against The New York City Department Education (hereinafter referred to as "Respondent"), you allege that you were discriminated against on the basis of your race and sex, and that you were retaliated against for complaining about workplace harassment and subsequently terminated in violation of Title VII of the Civil Rights Act of 1964, as amended. You also allege that you were discriminated against because of your age in violation of the Age Discrimination in Employment Act of 1967. Additionally, you allege that you were denied health benefits, harassed and terminated by the Respondent because of a disability in violation of the Americans with Disabilities Act of 1991.

The Respondent provided evidence showing that on January 11, 2008 a student complained to school administration about your egregious and inappropriate behavior. An additional student complained that you tried to coerce him into making a statement supporting your side of the story by threatening to fail him. On January 31, 2008 you were reassigned to the Teachers Reassignment Canter in Queens, pending an investigation. The investigation conducted by the Office of Special Investigation, concluded October 10, 2008, substantiated the allegations and recommended appropriate disciplinary action be taken against you. You remained in the Reassignment Center pending disciplinary action by your principal. On May 27, 2009, after appealing the decision to the Community Superintendent, you were terminated by the Respondent for misconduct surrounding the January 1, 2008 event.

On November 7, 2008 you filed a complaint with the OEO, alleging that another teacher at the Reassignment Center exposed his buttocks to you. The investigation conducted by the OEO did

not substantiate your allegation. On January 20, 2009 you filed a complaint alleging that LaRaine Ward retaliated against you for your previous complaint of sexual harassment. An additional investigation by the OEO found that, while Ms. Ward did make offensive remarks, it was inconclusive that those remarks were connected to the filing of your previous complaint.

The evidence available showed that you began work for the Respondent on August 31, 2007 and that your health benefits were processed by your school's office the same day that you turned the form in (September 26, 2007). Additional evidence shows that when the benefits were processed the effective enrollment date in the benefits program was backdated to August 30, 2007, covering your entire period of employment. You applied for an accommodation on April 29, 2009, and on May 1, 2009 you were informed that the request was incomplete and were requested to provide additional information. On June 17, 2009 you were denied the accommodation request because of failure to provide the requested medical documentation.

Based upon an analysis of the information you submitted to us, the Commission is unable to conclude that the information establishes that a violation of Federal law on the part of the Respondent.

The Commission's processing of this charge has been concluded and its determination is final is final. Included with this letter is your Notice of Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondents named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost. Please contact me at the number provided above if you have any questions.

Sincerely,

Austin Turner
Federal Investigator

Enc: Notice of Right to Sue

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**